

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 124 - 1 | **DATE** | 3/21/2013 |
| **CASE TITLE** | USA vs. Beavers | | |

**DOCKET ENTRY TEXT**

As to Defendant William Beavers (1): Jury trial held on 3/21/13. Jury returns verdict of guilty on all counts. The Court enters judgment on the verdict. Preparation of the presentence report is stayed pending further order of the Court. Defendant is given an extension of time to 5/6/13 to file any post-trial motions. Status hearing set for 5/30/13 at 9:15 a.m. All pending motions are moot. Jury trial ends.

Docketing to mail notices.

08:30

U.S. DISTRICT COURT
CLERK
2013 MAR 27 PM 2:44

| | Courtroom Deputy Initials: | emp |
|---|---|---|